KINSILA, Respondent, v. SHUBERT, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Edward B. Kinsila against Lee Shubert. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 148 N. Y. Supp. 1124; 149 N. Y. Supp. 1091.

KINSILA, Respondent, v. SHUBERT, Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Edward B. Kinsila against Lee Shubert.

PER CURIAM. Motion denied. See, also, 149 N. Y. Supp. 1091.

RICH, J., not voting.

KLEIN, Respondent, v. FLEISCHMANN CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Frances Klein, an infant, by Jacob Klein, her guardian ad litem, against the Fleischmann Company. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of Cowell v. Saperston, 149 App. Div. 373, 134 N. Y. Supp. 284, and 208 N. Y. 619, 102 N. E. 1100.

KLEIN, Appellant, v. GALLIN et al. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by John Klein, as trustee in bankruptcy, etc., against Samuel Gallin and others. No opinion. Judgment (141 N. Y. Supp. 831) affirmed, with costs.

KINGSBURY v. STEINER. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by John A. Kingsbury against George Steiner. No opinion. Motion granted, with $10 costs. Order filed.

KLEIN v. KRAKOWER et al. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by John Klein, as trustee in bankruptcy, etc., against Tobias Krakower and others.

PER CURIAM. It is found that Gallin did receive and keep $1,500 upon the sale of the property in question, and that Krakower did not advance for Gallin $2,000 on the property in question, which Gallin repaid. Finding of fact 71, so far as it relates to the $1,500 check, reversed. Finding 72, so far as it finds otherwise, and finding 2, under conclusions of law, are reversed. It is found that Gallin contributed to the partnership $5,600, and not more. Findings and judgment modified accordingly, and, as modified, judgment and order affirmed, without costs. Settle order before Mr. Justice Thomas. See, also, 146 App. Div. 891, 130 N. Y. Supp. 1117.

KLUEPFEL, Respondent, v. WEAVER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Anna A. Kluepfel against George M. Weaver. No opinion. Judgment affirmed, with costs.

KOCHMAN, Respondent, v. RATNER, Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Macha Kochman against Sona Ratner. No opinion. Judgment and order unanimously affirmed, with costs.

KOEHN v. METZ et al. (Supreme Court, Appellate Division, Fourth Department. October 22, 1914.) On motion of defendants for reargument or for leave to appeal from the affirmance of a judgment for plaintiff. Motion denied. For former decision, see 148 N. Y. Supp. 1125. Clarence M. Bushnell, of Buffalo, for the motion. Norbert C. Kropp, of Buffalo, opposed.

PER CURIAM. The two grounds upon which the appellants' counsel bases his application for a reargument are: (1) That it was error to receive in evidence plaintiff's testimony as to his physician's declarations concerning the condition of the bones of his foot; and (2) that plaintiff failed to prove actionable negligence on the part of the defendants. These grounds were fully considered by the court on the decision of the appeal, and the court were of opinion that as to the first ground, while it was error to receive such declarations, the error was not so prejudicial as to require a reversal of the judgment, and, as to the second, that the evidence was sufficient to require the submission of the question of defendant's negligence to the jury as one of fact.

KRANZ, Respondent, v. ANNESLEY & CO., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Albert Kranz against Annesley & Co. No opinion. Judgment and order unanimously affirmed, with costs.

KRASNOFF, Respondent, v. SUYDAM, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Mary Krasnoff against Lambert Suydam. W. R. Adams, of New York City, for appellant. O. A. Samuels, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that the court cannot on motion strike out a complete defense. Order filed.

KROOK, Appellant, v. MOTT WHEEL WORKS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21,